UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
                                    :
SHEILA M. HORNE,                    :
                                    :     SCHEDULING ORDER
                Plaintiff,          :     IN SOCIAL SECURITY CASE
                                    :
        -against-                   :     07 Civ. 9476 (JSR)(FM)
                                    :
                                    :    ┌─────────────────────────┐
COMMISSIONER OF SOCIAL SECURITY,    :    │ USDC SDNY               │
                                    :    │ DOCUMENT                │
                                    :    │ ELECTRONICALLY FILED    │
                                    :    │ DOC #: _____  │
                Defendant.          :    │ DATE FILED: 2/11/08     │
------------------------------------------------------------x    └─────────────────────────┘

**FRANK MAAS**, United States Magistrate Judge.

A complaint having been filed on October 24, 2008, and an answer having been filed on February 5, 2008, it is hereby ORDERED that:

1. On or before March 25, 2008, defendant shall serve and file a motion for judgment on the pleadings.

2. On or before April 8, 2008, plaintiff shall serve and file papers in opposition.

3. On or before April 22, 2008, defendant shall serve and file a reply, if any.

4. Should plaintiff fail to oppose defendant's motion, this Court may recommend that motion be granted by default.

SO ORDERED.

Dated:   New York, New York
         February 11, 2008

                                                    _____
                                                    FRANK MAAS
                                                    United States Magistrate Judge

Copies to:

Honorable Jed S. Rakoff
United States District Judge

Sheila M. Horne
3029 Briggs Avenue, # 4J
Bronx, New York  10458
Via Certified Mail

John E. Gura, Esq.
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, New York  10007
Via Facsimile @(212) 637-2750