UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

SHEILA M. HORNE,

                Plaintiff,      :     **ORDER**

         -against-      :     07 Civ. 9476 (JSR)(FM)

MICHAEL J. ASTRUE,
Commissioner of Social Security,

                Defendant.
------------------------------------------------------------x

**FRANK MAAS**, United States Magistrate Judge.

      It is hereby ORDERED that a telephone conference in this matter shall be held on April 8, 2008, at 11:00 a.m. Defendant's counsel is directed to initiate the call by dialing Chambers at (212) 805-6727.

      SO ORDERED.

Dated:    New York, New York
            April 2, 2008

                                                FRANK MAAS
                                      United States Magistrate Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/2/08

Copies to:

Honorable Jed S. Rakoff
United States District Judge

Sheila M. Horne
3029 Briggs Avenue, # 4J
Bronx, New York  10458

John E. Gura, Jr., Esq.
Assistant United States Attorney
Fax: (212) 637-2750