UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------

**Sheila Horne**

              ORDER OF REFERENCE
              TO A MAGISTRATE JUDGE

   -against-

              **07cv9476(JSR)( FM)**

**Commissioner of Social Security**

------------------------------------------------------------

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

____ General Pretrial(including scheduling, discovery, non-dispositive pretrial motions, and settlement)

__X__ Consent under 28 U.S.C. §636(c) for all purposes (including trial)

____ Specific Non-Dispositive Motion/Dispute:*

____ Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)

Purpose:_____

____ Habeas Corpus

If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: _____

____ Social Security

____ Settlement*

____ Dispositive Motion (i.e. motion requiring a Report and Recommendation)

____ Inquest After Default/Damages Hearing

Particular Motion:_____

All such motions:_____

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4-29-08

* Do not check if already referred for general pretrial

**SO ORDERED**

DATED:   New York, New York
             4/28/08

_____
United States District Judge