MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
By: JOHN E. GURA, JR.
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, New York  10007
Tel. (212) 637-2712
Fax  (212) 637-2750

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - -x
SHEILA M. HORNE,                     :
                                     :
            Plaintiff,               :
                                     :       STIPULATION AND ORDER
       - v. -                        :
                                     :       07 Civ. 9476(FM)
MICHAEL J. ASTRUE,                   :
Commissioner of Social Security      :
                                     :
            Defendant.               :
- - - - - - - - - - - - - - - - - - -x

       WHEREAS plaintiff commenced the above-captioned action on October 24, 2007, in which she maintained that she was disabled, as defined by the Social Security Act, and thus entitled to Supplemental Security Income and disability insurance benefits; and,

       WHEREAS the defendant Commissioner of Social Security answered the complaint and, by letter dated January 29, 2008, proposed to plaintiff that this action be remanded voluntarily to the agency for the purpose of conducting further administrative proceedings; and,

       WHEREAS the Honorable Frank Maas held a conference with the parties on April 8, 2008, and;

WHEREAS the parties have agreed to resolve this matter without the need for further litigation;

IT IS HEREBY STIPULATED AND AGREED, by and between the parties, as follows:

1. This action is remanded to the Commissioner of Social Security, pursuant to sentence four of 42 U.S.C. § 405(g).

2. In determining plaintiff's claim for disability benefits, ALJ will develop, consistent with the Commissioner's regulations, evidence from plaintiff's treating sources. The ALJ will also consider and evaluate all opinions from plaintiff's treating sources regarding plaintiff's condition and functioning under the criteria set forth in the Commissioner's regulations.

The Clerk is directed to enter judgment. See Shalala v. Schaefer, 509 U.S. 292 (1993).

Dated:   New York, New York
         April 17, 2008

By: _____
SHEILA M. HORNE
Plaintiff Pro Se
3029 Briggs Avenue - Apt. 4J
Bronx, New York 10458
Telephone No.: (718)365-1018

2

By:
MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
Attorney for Defendant

*[signature]*

JOHN E. GURA, JR.
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, New York 10007
Telephone No.: (212) 637-2712
Fax: (212) 637-2750
E-Mail: john.gura@usdoj.gov

SO ORDERED:

*[signature]*

FRANK MAAS  4/30/08
UNITED STATES MAGISTRATE JUDGE