UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

SHEILA M HORNE,

                Plaintiff,        07 Civ 9476 (FM)

   -against-               **JUDGMENT**

MICHAEL J. ASTRUE, Commissioner of
Social Security,
                Defendant.

------------------------------------------------------------X



Whereas, the parties having stipulated to remand this case to the Commissioner, pursuant sentence four of 42 USC Sec. 405(g) for further administrative proceedings, and the Court on Apr30 2008having issued its Stipulated Order directing the Clerk to enter judgment remanding this case to the Commissioner for further administrative proceedings and directing the Clerk to enter judgment, it is,

**ORDERED, ADJUDGED AND DECREED**: That for the reasons stated in the Court's Stipulation and Order dated Apr30, 2008, judgment is hereby entered remanding this case to the Commissioner for further administrative proceedings, pursuant to sentence four of 42 USC Sec. 405(g).

**DATED:** NYC,NY

      May 5, 2008                         **J. MICHAEL MC MAHON**

                                                      Clerk of Court

                                                      By:

                                                      Deputy Clerk